# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Federal Housing Finance Agency

                                        Plaintiff,

v.                                                                Case No.: 1:11–cv–08795
                                                                      Honorable Joan H. Lefkow

City Of Chicago

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 13, 2012:

      15 pages up to 25 pages instanter [25] is granted. Plaintiff's consolidated response to defendant's motion to dismiss [24] and plaintiff's motion for summary judgment due by 3/23/2012. Plaintiff is given leave to file in excess of 15 MINUTE entry before Honorable Joan H. Lefkow:Motion hearing held on 3/13/2012. Defendant's Rule 56(d) conditional motion for discovery [28] is denied without prejudice. Defendant's motion for leave to file memorandum of law in excess of pages up to 25 pages. Defendant's response to plaintiff's motion for summary judgment and reply in support of its motion to dismiss [24] due by 4/20/2012. Defendant is given leave to file in excess of 15 pages up to 25 pages. Plaintiff39;s reply in support of its motion for summary judgment due by 5/4/2012. Ruling will issue by mail. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.