**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL HOUSING FINANCE AGENCY, On its Own Behalf and as Conservator of Fannie Mae and Freddie Mac, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No.: 1:11-cv-08795 |
| CITY OF CHICAGO, a municipal corporation, | ) ) ) ) ) | Hon. Joan H. Lefkow |
| Defendant. | ) ) | |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff, Federal Housing Finance Agency ("FHFA"), through its undersigned counsel, hereby moves this Court to enter summary judgment in its favor and against the Defendant pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.

In support hereof, Plaintiff has contemporaneously filed its Memorandum of Law in Support of Its Motion for Summary Judgment and its Local Rule 56.1(a)(3) Statement in Support of Its Motion for Summary Judgment both of which are incorporated herein by reference.

WHEREFORE, for all the reasons set forth in greater detail in the contemporaneously filed Memorandum, FHFA prays that this Court (1) declare that the Acting Director of FHFA is validly appointed, has standing to bring this action, and presents claims that are ripe for adjudication; (2) enter judgment in favor of FHFA and against Defendant on all of the counts of Plaintiff's Verified Complaint; and (3) grant such other and further relief as this Court deems just under the circumstances.

-2-

Dated: March 23, 2012  Respectfully submitted,

/s/ Anthony C. Valiulis

Attorneys for Plaintiff

Anthony C. Valiulis
Robert J. Emanuel
MUCH SHELIST, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone: (312) 521-2000
Email:  avaliulis@muchshelist.com
    remanuel@muchshelist.com

Howard N. Cayne
Asim Varma
David B. Bergman
ARNOLD & PORTER LLP
555 Twelfth Street, NW, Rm.
Washington, D.C.  20004
Telephone: (202) 942-5000
Email:  howard.cayne@aporter.com
    asim.varma@aporter.com
    david.bergman@aporter.com

(Pro Hac Vice Applications filed or to be filed)

## CERTIFICATE OF SERVICE

I, Anthony C. Valiulis, an attorney, hereby certify that on March 23, 2012, I caused Plaintiff's **(i) CROSS-MOTION FOR SUMMARY JUDGMENT, (ii) MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO MOTION TO DISMISS, and (iii) LOCAL RULE 56.1(A)(3) STATEMENT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filings to the following individuals:

- **Michael J. Dolesh**
  mdolesh@cityofchicago.org

- **Thomas Forgue**
  tforgue@cityofchicago.org

- **David Arthur Graver**
  dgraver@cityofchicago.org

- **Grant Erwin Ullrich**
  grant.ullrich@cityofchicago.org


/s/ Anthony C. Valiulis