# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Federal Housing Finance Agency
                              Plaintiff,

v.                                             Case No.: 1:11−cv−08795
                                                    Honorable Joan H. Lefkow

City Of Chicago
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 13, 2012:

       MINUTE entry before Honorable Joan H. Lefkow:Plaintiff Federal Housing Finance Agency's motion to correct the record and for leave to present new evidence [#53] is granted. Defendant City of Chicago's motion for leave to enter into the record the declaration of Marlene Hopkins [#56 Ex.A] is granted. Defendant City of Chicago's motion to file sur−reply in support of its motion to dismiss [#57] is granted. In ruling on the pending motions, the court will consider defendant's sur−reply [see id. Ex. A] concerning only any new argument raised in plaintiff's reply. Any other argument in the sur−reply will be disregarded. These motions are removed from the court's call of 6/14/2012 and will not be called in court.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.